1  BONNIE GLATZER, State Bar No. 147804
   bglatzer@nixonpeabody.com
2  DAVID A. KOLEK, State Bar No. 245330
   dkolek@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California  94111-3600
   Tel:  (415) 984-8200
5  Fax:  (415) 984-8300

6  Attorneys for Plaintiff
   CHILDREN'S HOSPITAL & RESEARCH CENTER
7  OAKLAND, INC. D/B/A CHILDREN'S HOSPITAL
   OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHILDREN'S HOSPITAL & RESEARCH CENTER OAKLAND, INC. D/B/A CHILDREN'S HOSPITAL OAKLAND, <br><br>  Plaintiff/Cross-Respondent, <br><br> vs. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST, and DOES 1 through 50, inclusive, <br><br> Defendant/Cross-Petitioner. | Case No. 3:12-cv-03862-SI <br><br> **STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION AND CROSS-PETITION TO COMPEL ARBITRATION** |
|---|---|

Plaintiff and Cross-Respondent Children's Hospital & Research Center Oakland ("Hospital") and Defendant and Cross-Petitioner Service Employees International Union, United Healthcare Workers-West's ("Union"), by and through their respective counsel herein, hereby stipulate as follows:

WHEREAS Hospital filed a Motion For Preliminary Injunction ("Motion") in this action on July 24, 2012, which was originally noticed for hearing on September 14, 2012.

---

14148267.1  STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION FOR
PRELIMINARY INJUNCTION AND CROSS-PETITION TO COMPEL ARBITRATION

1     WHEREAS on August 8, 2012, the Court continued the hearing on Hospital's Motion to September 21, 2012;

2     WHEREAS Union filed a Cross Petition To Compel Arbitration of Three Grievances ("Cross Petition") on August 29, 2012;

3     WHEREAS on September 13, 2012 the Court issued an Order re: Hearing On Motion For Preliminary Injunction and Cross Petition To Compel Arbitration; Resetting Hearing Date, which continued the hearing date on Hospital's Motion and Union's Cross Petition to September 28, 2012;

4     WHEREAS Hospital's counsel is unavailable on that date due to a pre-paid, pre-planned trip out of state;

5     WHEREAS Hospital has requested to continue the hearing date on Hospital's Motion and Union's Cross-Petition to October 5, 2012 and Union has no objection to this request;

6     Accordingly, it is herein stipulated that the hearing on Hospital's Motion and Union's Cross Petition is continued from September 28, 2012 to October 5, 2012, subject to the Court's approval.

Dated: September 19, 2012      NIXON PEABODY LLP

By: _____/s/_____
BONNIE GLATZER
DAVID KOLEK
Attorneys for Plaintiff
CHILDREN'S HOSPITAL &RESEARCH CENTER OAKLAND, INC. dba
CHILDREN'S HOSPITAL OAKLAND

Dated: September 19, 2012      WEINBERG, ROGER & ROSENFELD

By: _____
Alan Crowley
Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION—UNITED HEALTHCARE WORKERS-WEST

1
2   **IT IS SO ORDERED.**
3
4   DATED: _____9/20/12_____                    /s/ Susan Illston
5                                               _____
                                                THE HONORABLE SUSAN ILLSTON
                                                United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28