1  BONNIE GLATZER, State Bar No. 147804
   bglatzer@nixonpeabody.com
2  DAVID A. KOLEK, State Bar No. 245330
   dkolek@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California  94111-3600
   Tel:  (415) 984-8200
5  Fax:  (415) 984-8300

6  Attorneys for Plaintiff
   CHILDREN'S HOSPITAL & RESEARCH CENTER
7  OAKLAND, INC. D/B/A CHILDREN'S HOSPITAL
   OAKLAND

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  CHILDREN'S HOSPITAL & RESEARCH              Case No. 3:12-cv-03862-SI
    CENTER OAKLAND, INC. D/B/A
14  CHILDREN'S HOSPITAL OAKLAND,                **STIPULATION AND ORDER
                                                CONTINUING HEARING DATE ON
15                        Plaintiff/Cross-       MOTION FOR PRELIMINARY
                          Respondent,            INJUNCTION AND CROSS-PETITION
16                                               TO COMPEL ARBITRATION**

17      vs.

18  SERVICE EMPLOYEES INTERNATIONAL
    UNION, UNITED HEALTHCARE
19  WORKERS-WEST, and DOES 1 through 50,
    inclusive,

20
                          Defendant/Cross-
21                        Petitioner.

22

23      Plaintiff and Cross-Respondent Children's Hospital & Research Center Oakland ("Hospital")

24  and Defendant and Cross-Petitioner Service Employees International Union, United Healthcare

25  Workers-West's ("Union"), by and through their respective counsel herein, hereby stipulate as

26  follows:

27      WHEREAS Hospital filed a Motion For Preliminary Injunction ("Motion") in this action on

28  July 24, 2012, which was originally noticed for hearing on September 14, 2012.

1         WHEREAS on August 8, 2012, the Court continued the hearing on Hospital's Motion to

2 September 21, 2012;

3         WHEREAS Union filed a Cross Petition To Compel Arbitration of Three Grievances ("Cross

4 Petition") on August 29, 2012;

5         WHEREAS on September 13, 2012 the Court issued an Order re: Hearing On Motion For

6 Preliminary Injunction and Cross Petition To Compel Arbitration; Resetting Hearing Date, which

7 continued the hearing date on Hospital's Motion and Union's Cross Petition to September 28, 2012;

8         WHEREAS Hospital's counsel is unavailable on that date due to a pre-paid, pre-planned trip

9 out of state;

10         WHEREAS Hospital has requested to continue the hearing date on Hospital's Motion and

11 Union's Cross-Petition to October 5, 2012 and Union has no objection to this request;

12         Accordingly, it is herein stipulated that the hearing on Hospital's Motion and Union's Cross

13 Petition is continued from September 28, 2012 to October 5, 2012, subject to the Court's approval.

14

15 Dated: September 19, 2012             NIXON PEABODY LLP

16

17                                   By: _____/s/_____

18                                     BONNIE GLATZER
                                    DAVID KOLEK

19                                     Attorneys for Plaintiff
                                    CHILDREN'S HOSPITAL &RESEARCH

20                                     CENTER OAKLAND, INC. dba
                                    CHILDREN'S HOSPITAL OAKLAND

21

22

23 Dated: September 19, 2012             WEINBERG, ROGER & ROSENFELD

24

25                                       By: _____

26                                       Alan Crowley
                                    Attorneys for Defendant

27                                     SERVICE EMPLOYEES
                                    INTERNATIONAL UNION—UNITED

28                                     HEALTHCARE WORKERS-WEST

14148267.1   STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION FOR
PRELIMINARY INJUNCTION AND CROSS-PETITION TO COMPEL ARBITRATION

**IT IS SO ORDERED.**

DATED: ___9/20/12___

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

14148267.1   STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION FOR
PRELIMINARY INJUNCTION AND CROSS-PETITION TO COMPEL ARBITRATION