IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL & RESEARCH CENTER OAKLAND, INC. D/B/A CHILDREN'S HOSPITAL OAKLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST, and DOES 1 though 50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 12-03862 SI<br><br>**JUDGMENT** |

　　　In an order filed on October 12, 2012, the Court denied defendants' cross-petition to compel arbitration and denied as moot plaintiffs' motion for preliminary injunction and declaratory judgment. Dkt. 28. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge